**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-2264

JEROME JULIUS BROWN,

        Plaintiff - Appellant,

      v.

CLERK FERNANDO GALINDO, Eastern District of Virginia; JAMES IRVING, Registered Agent for Southern Management; JOHN FARNUM, Miles and Stockbridge Deceased Attorneys; IVAN D. DAVIS, Magistrate Judge,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:20-cv-01329-LMB-MSN)

Submitted: June 11, 2021                Decided: June 21, 2021

Before WILKINSON and NIEMEYER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jerome Julius Brown, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown appeals the district court's order dismissing his complaint. We have reviewed the record and Brown's briefs on appeal, and we conclude that this appeal is frivolous. *See* 28 U.S.C. § 1915(e)(2)(B); *Denton v. Hernandez*, 504 U.S. 25, 32 (1992); *Neitzke v. Williams*, 490 U.S. 319, 324-25 (1989). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*